**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> RAMIRO GUZMAN <br> MARIANA GUZMAN <br> Debtor(s) | Case No. 12-16548 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/23/2012.

2) The plan was confirmed on 08/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/05/2014.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $69,510.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $9,573.40 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,573.40

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $414.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,914.32

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVC | Secured | 1,443.00 | 14,127.56 | 14,127.56 | 0.00 | 0.00 |
| CAMILLERI MEDICAL CENTER LTD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 1,313.00 | 1,472.53 | 1,472.53 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO CTR FOR PLASTIC RECONS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO EYE CONSULTANTS | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 385.00 | 385.11 | 385.11 | 0.00 | 0.00 |
| FIRST FINANCIAL PORTFOLIO MGMT | Unsecured | NA | 252.80 | 252.80 | 0.00 | 0.00 |
| HSBC BANK NEVADA/BEST BUY | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 159.30 | 159.30 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 72.89 | 72.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,668.63 | 2,631.91 | 2,631.91 | 483.70 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | 0.00 | 5,175.38 | 5,175.38 | 5,175.38 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | 62,600.00 | 111,943.14 | 117,118.52 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Unsecured | 50,942.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE RECOVERY PARTNERS L | Unsecured | 1,625.00 | 1,625.40 | 1,625.40 | 0.00 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL PHYSICIANS GROUP | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RAD SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,830.00 | 1,957.41 | 1,957.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 895.00 | 904.51 | 904.51 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 695.37 | 695.37 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,467.00 | 755.82 | 755.82 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 570.00 | 545.07 | 545.07 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,319.00 | 2,746.72 | 2,746.72 | 0.00 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Unsecured | 579.00 | 600.28 | 600.28 | 0.00 | 0.00 |
| QUANTUM MEDICAL BILLING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 930.00 | 1,313.97 | 1,313.97 | 0.00 | 0.00 |
| STERLING JEWELERS | Unsecured | 373.00 | 373.71 | 373.71 | 0.00 | 0.00 |
| T MOBILE PCS HOLDINGS LLC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| TOWN OF CICERO | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $117,118.52 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,175.38 | $5,175.38 | $0.00 |
| Debt Secured by Vehicle | $14,127.56 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$136,421.46** | **$5,175.38** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,631.91 | $483.70 | $0.00 |
| **TOTAL PRIORITY:** | **$2,631.91** | **$483.70** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,010.89** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,914.32 |
| Disbursements to Creditors | $5,659.08 |
| **TOTAL DISBURSEMENTS :** | **$9,573.40** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/09/2014                           By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**